# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32572**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Hunter A. LANIER**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 30 April 2019

————————————

*Military Judge:* Matthew D. Talcott.

*Approved sentence:* Bad-conduct discharge, confinement for 30 days, and a reprimand. Sentence adjudged 20 December 2018 by SpCM convened at Sheppard Air Force Base, Texas.

*For Appellant:* Major Kirk W. Albertson, USAF.

Before JOHNSON, DENNIS, and LEWIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.*

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

* We note two errors in the promulgating order. Specification 3 of Charge II is missing the word "between" before the first offense date. Additionally, the order omits that a military judge adjudged the sentence on 20 December 2018. *See* Rule for Courts-Martial 1114(c)(2) (2016); Air Force Instruction 51–201, *Administration of Military Justice*, ¶ 9.8.2.3 (8 Dec. 2017). We direct the publication of a corrected court-martial order to remedy the errors.